UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:13-cr-00243-JMS-DML-1 |
| | ) | |
| JOSHUA NEIL GWINN, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Debra McVicker Lynch=s Report and Recommendation that Joshua Gwinn=s supervised released be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of six (6) months in the custody of the Attorney General or his designee with fifty-four (54) months of supervised release to follow including the agreed additional conditions of supervised release. The defendant will self-surrender upon designation by the Bureau of Prisons of the place of incarceration. The Court will make a recommendation of placement at a facility close to Indianapolis, Indiana.

SO ORDERED.

September 19, 2014

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email generated by the Court's ECF system.

U. S. Parole and Probation

U. S. Marshal